Michael A. Gibson, Esquire – N.J. Attorney ID No.: 027182007
D'Arcy Johnson Day
3120 Fire Road, Suite 100
Egg Harbor Township, New Jersey 08234
609-641-6200
MAG-1053
Attorney for Plaintiff

IN THE UNITED STATES DISTRIC COURT
FOR THE DISTRICT OF NEW JERSEY
NEWARK DIVISION

| | | |
|---|---|---|
| APRIL HANKINS, EXECUTRIX OF THE ESTATE OF VERNON HANKINS, DECEASED AND APRIL HANKINS, IN HER OWN RIGHT | ) ) ) ) | CIVIL ACTION FILE |
| | ) | NO. 2:15-cv-00203-SDW-SCM |
| Plaintiff, | ) ) | |
| VS. | ) ) ) | |
| PHILADELPHIA CONTRIBUTIONSHIP INSURANCE COMPANY; J. CLAY KINCAID; CRAWFORD AND COMPANY; JOHN DOE; MARY DOE; ABC BUSINESS ENTITIES AND XYZ CORPORATIONS, | ) ) ) ) ) ) ) | NOTICE OF APPEAL |
| Defendants. | ) | |

Notice is hereby given that April Hankins, Executrix of The Estate of Vernon Hankins, Deceased and April Hankins in the above named case, hereby appeal to the United States District Court for the District of New Jersey, Newark Division from the Order entered in this action on January 23, 2018.

D'ARCY JOHNSON DAY

Michael A. Gibson, Esquire
Attorney for Plaintiff

Dated: February 14, 2018

1