

| | | |
|---|---|---|
| | **Kenneth R. Meyer** | McCarter & English, LLP |
| | Partner | Four Gateway Center |
| | T. Certified by the Supreme Court of New Jersey as a Civil Trial Attorney | 100 Mulberry Street |
| | | Newark, NJ 07102 |
| | T. 973.848.8310 | www.mccarter.com |

September 9, 2020

**VIA ECF**

Clerk
U.S. District Court for the District of New Jersey
Martin Luther King Building and U.S. Courthouse
50 Walnut Street
Newark, NJ 07102

Re:   *Hankins v. Philadelphia Contributionship Insurance Co., et al.*
      Civil Action No. 2:15-cv-00203-JMV-MF

Dear Sir/Madam:

I, along with Jennifer G. Cooper, Esq. and Matthew Leonard, Esq. (*pro hac vice*) of Baker, Donelson, Bearman, Caldwell & Berkowitz, P.C., represent defendants Crawford & Company and J. Clay Kincaid in the above matter.

On September 8, 2020, we electronically paid the $150.00 fee for both Jennifer G. Cooper, Esq. and Matthew Leonard, Esq. to receive court notices in this case. A copy of each payment confirmation is attached. It was brought to our attention that these fees were previously paid in April, 2015 and we write to request a refund for the September 8, 2020 payments.

Should you require any additional information, please contact Diane D. Pugliese of my office at 732.299.8258. Thank you for your assistance in this matter.

Very truly yours,

*s/ Kenneth R. Meyer*

Kenneth R. Meyer

cc:   Michael A. Gibson, Esq. (via ECF)
      Scott J. Tredwell, Esq. (via ECF)
      David A. Semple, Esq. (via ECF)

ME1 34205059v.1